

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-CV-61269-WJZ

KENNETH WONG, individually,
and on behalf of all others similarly
situated who consent to their inclusion,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

### MOTION TO APPEAR PRO HAC VICE FOR DARIN P. MCATEE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Darin P. McAtee, Esq. of the law firm of Cravath, Swaine & Moore, LLP, 825 Eighth Avenue, New York, NY 10019, (212) 474-1000, for purposes of appearance as co-counsel on behalf of Defendant, Novartis Pharmaceuticals Corporation, in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Darin P. McAtee to receive electronic filings in this case, and in support thereof states as follows:

    1.    Darin P. McAtee, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the Eastern District of

Kenneth Wong, et. al. v. Novartis Pharmaceuticals Corporation
Case No. 0:11-cv-61269

*Motion to Appear Pro Hac Vice for Darin P. McAtee, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing*

Page 2 of 3

Wisconsin, the Western District of Michigan, the U.S. Court of Appeals for the Second and Eleventh Circuits, and the U.S. Tax Court.

2. Movant, Manuel Kushner, Esq., of the law firm of Kaye Scholer LLP, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Darin P. McAtee has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Darin P. McAtee, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Darin P. McAtee at email address: dmcatee@cravath.com.

WHEREFORE, Manuel Kushner, moves this Court to enter an Order allowing Darin P. McAtee to appear before this Court on behalf of Defendant, Novartis Pharmaceuticals

Kenneth Wong, et. al. v. Novartis Pharmaceuticals Corporation
Case No. 0:11-cv-61269

*Motion to Appear Pro Hac Vice for Darin P. McAtee, Consent to Designation,
and Request to Electronically Receive Notices of
Electronic Filing*

Page 3 of 3

Corporation, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Darin P. McAtee.

Dated: June 22, 2011
West Palm Beach, Florida

Respectfully submitted,

/s/ Manuel Kushner
Manuel Kushner (Florida Bar No. 330957)
mkushner@kayescholer.com
KAYE SCHOLER LLP
Phillips Point, West Tower, Suite 900
777 South Flagler Drive
West Palm Beach, FL 33401-6163
Tel.: (561) 802-3230
Fax.: (561) 802-3217

*Attorney for Novartis
Pharmaceuticals Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice* for Darin P. McAtee, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by U.S. Mail on June 22, 2011, to Plaintiff's counsel as follows: Dale James Morgado, Esq., Feldman, Fox & Morgado, P.A., 100 N. Biscayne Boulevard, Suite 2902, Miami, FL 33132.

/s/ Manuel Kushner
Manuel Kushner

60161661_1.DOC

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-CV-61269-WJZ

KENNETH WONG, individually,
and on behalf of all others similarly
situated who consent to their inclusion,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

## CERTIFICATION OF DARIN P. MCATEE

Darin P. McAtee, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the bar of the State of New York, the United States District Court for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the Western District of Michigan, the U.S. Court of Appeals for the Second and Eleventh Circuits, and the U.S. Tax Court.

_____
Darin P. McAtee, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:11-CV-61269-WJZ

KENNETH WONG, individually,
and on behalf of all others similarly
situated who consent to their inclusion,

    Plaintiff,

v.

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

**ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE* FOR DARIN P. MCATEE, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Darin P. McAtee, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Darin P. McAtee may appear and participate in this action on behalf of Defendant, Novartis Pharmaceuticals Corporation. The Clerk shall provide

electronic notification of all electronic filings to Novartis Pharmaceuticals Corporation, at dmcatee@cravath.com.

DONE AND ORDERED in Chambers at Ft. Lauderdale, Broward County, this _____ day of _____, 2011.

_____
William J. Zloch,
United States District Judge

Copies furnished to: counsel of record

60161672_1.DOCX