UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61269-CIV-ZLOCH

KENNETH WONG, individually,
and on behalf of all others
similarly situated

       Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

NOVARTIS PHARMACEUTICALS
CORPORATION,

       Defendant.
_____/

    THIS MATTER is before the Court sua sponte. The Court has carefully reviewed the entire court file and is otherwise fully advised in the premises.

    In its prior Order (DE 4) the Court ordered Plaintiff to "file a statement of the claim setting forth the amount of alleged unpaid wages, the means of calculating such wages, and the nature of said wages (including but not limited to overtime or regular wages) with the Clerk of this Court, within twenty days of this Order." DE 4. Further, in its prior Order the Court notified Plaintiff that failure to comply with the Order's terms and conditions may result in dismissal of the above-styled cause without further notice or hearing. Id.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The above-styled cause be and the same is hereby

**DISMISSED** without prejudice; and

    2.    To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2011.

 

_/s/ William J. Zloch_
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record