UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61269-CIV-ZLOCH

KENNETH WONG, individually,
and on behalf of all others
similarly situated,

  Plaintiffs,

vs.

NOVARTIS PHARMACEUTICALS
CORPORATION,          June 28, 2011

  Defendant.
_____/

**Statement of Claims for the Plaintiffs in Response to Court's June 6, 2011 Order**

| All Calculations are Overtime Wages. No minimum regular wages are claimed to be owed at this time. | Regina Jackson | Kenneth Wong | Tyler Johnson |
|---|---|---|---|
| **Total Hours of Overtime Estimated from record review (for max SOL)** | 3575 | 3325 | 3633 |
| **Averaged Overtime Rate at 1.5 assuming court applies 3 year SOL** | $88.00 pr. hr. | $66.00 pr. hr. | $67.00 pr. hr. |
| **Average Overtime Hours Per Week** | 25 | 25 | 25 |
| **Straight Overtime Owed (calculated by the Total Hrs Estimated Owed x Overtime Rate)** | $314,600.00 | $219,450.00 | $239,778.00 |
| **Liquidated Damages** | $314,600.00 | 219,450.00 | $239,778.00 |
| **Total Overtime Owed** | $629,2000.00 | $438,900.00 | $479,556.00 |

Respectfully submitted for the Plaintiffs this 28th, day of June 2011:

*/s/ Dale J. Morgado*

Dale J. Morgado, Esq. (0064015)
Feldman, Fox & Morgado
100 N. Biscayne Blvd.
29th Floor, Suite 2902
Miami, Florida 33132
Tel: 305-222-7850
Fax: 305-384-4676
dmorgado@ffmlawgroup.com

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on June 28, 2011, I electronically filed the foregoing with the clerk of the court by using the *CM/ECF* system which will send a notice of an electronic filing to all parties of record

*/s/ Dale J. Morgado*

4818-8188-1097, v. 1