UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61269-CIV-ZLOCH

KENNETH WONG, individually,
and on behalf of all others
similarly situated,

    Plaintiff,

vs.                                        **O R D E R**

NOVARTIS PHARMACEUTICALS
CORPORATION,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Kenneth Wong's Motion To Reopen Case (DE 19). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

On June 28, 2011, the Court dismissed this action without prejudice due to Plaintiff's failure to comply with the prior Order of this Court (DE 4). See DE 18. Thereafter, Plaintiff filed the instant Motion (DE 19) seeking relief from the Court's prior Final Order of Dismissal (DE 18).

Essentially, Plaintiff now asks the Court to reopen the above-styled cause on the basis that he required additional time to submit a complete statement of claim, as required by prior Order (DE 4). Despite his requiring more time than the 20 days allotted for compliance, Plaintiff allowed the June 27, 2011, deadline to pass without moving the Court for additional time to submit his

statement of claim.  Additionally, Plaintiff fails to offer any argument that the Court's denial of the instant Motion would work prejudice on him.  Therefore, the instant motion will be denied.  Plaintiff is free to re-file this action under a new case number.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Plaintiff Kenneth Wong's Motion To Reopen Case (DE 19) be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th    day of June, 2011.

 

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
All Counsel of Record